# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0152
_____

TYRONE B. HARRIS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Taylor County.
Gregory Stuart Parker, Judge.


December 11, 2025

PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tyrone B. Harris, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.